571 A.2d 295

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. JOSEPH CLAY, DEFENDANT–RESPONDENT.

Argued March 13, 1990—Decided April 3, 1990.

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 230 *N.J.Super.* 509, 553 *A.*2d 1356 (1989).

*For affirmance* Chief Justice WILENTZ, and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*Opposed*—None.